IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HAYNES,

    Plaintiff,             No. CIV S-09-0368 KJM P

    vs.

STEVEN MOSKER, et al.,

    Defendants.        ORDER

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed July 21, 2009, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On July 31, 2009, plaintiff submitted the USM-285 forms and copies but failed to submit addresses for the defendants on either the USM-285 forms or summons.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to return to plaintiff the partially filled out summons and USM-285 forms as well as the copies of the compliant; and

/////

1

2. Within thirty days, plaintiff shall submit to the court the required completed summons, USM-285 forms and copies of the complaint to effect service on defendants Mosker and Hernandez. Failure to return the documents within the specified time period will result in a recommendation that this action be dismissed.

DATED: August 24, 2009

KIMBERLY J. MUELLER
U.S. MAGISTRATE JUDGE

2/kly
hayn0368.8f