IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HAYNES,

      Plaintiff,                No. CIV S-09-0368 KJM P

    vs.

STEVEN MOSKER, et al.,

      Defendants.       ORDER

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On September 30, 2009, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendants Steven Mosker and John Hernandez was returned unserved because "Per CDC locator, none and per CDC locator, too many John Hernandez in database." Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff two USM-285 forms, along with an instruction sheet and a copy of the complaint filed February 9, 2009;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form each for defendants Steven Mosker and John Hernandez;

    b. Three copies of the endorsed complaint filed February 9, 2009; and

    c. One completed summons form (if not previously provided);

or show good cause why he cannot provide such information.

DATED: February 8, 2010.

                                U.S. MAGISTRATE JUDGE

/md
hayn0368.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HAYNES,

        Plaintiff,                           No. CIV 09-368 KJM P

    vs.

STEVEN MOSKER, et al.,                 <u>NOTICE OF SUBMISSION</u>

        Defendants.                       <u>OF DOCUMENTS</u>

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____ completed summons form

        _____ completed USM-285 forms

        _____ copies of the _____
                                      Complaint/Amended Complaint

DATED:

                                            _____
                                            Plaintiff