UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HAYNES,<br><br>            Plaintiff,<br><br>      v.<br><br>STEVEN MOSKER, *et al.*,<br><br>            Defendants. | NO. 2:09-cv-00368RSL<br><br>ORDER OF REFERENCE |

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. The Court hereby refers this matter to the Honorable John L. Weinberg, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), Local Rule MJR 4, and Fed. R. Civ. P. 72(b). Any appeal from the determinations of the Magistrate Judge shall be in accordance with 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b)(2).

      DATED this 29th of April, 2010.

                                                */s/ Robert S. Lasnik*
                                                Robert S. Lasnik
                                                Chief United States District Judge

ORDER OF REFERENCE