IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HAYES,<br>　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN MOSKER, et al.<br>　　　　Defendants. | CASE NO.   CIV S-09-00368 BJR<br><br>ORDER DISMISSING CASE FOR<br>FAILURE TO COMPLY WITH<br>LOCAL RULE 182(f) |

_____

　　　　Plaintiff is a California state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Several recent court orders were served on Plaintiff's address of record and returned by the postal service.[1] Plaintiff has failed to comply with Local Rule 182(f), which requires that a party appearing *in propria persona* inform the court of any address change.

　　　　Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED for Plaintiff's

---

[1] Docket No. 31 was served on Plaintiff's address of record on April 7, 2010 and returned by the postal service on April 19, 2010. Docket No. 32 was served on Plaintiff's address of record on April 21, 2010 and returned by the postal service on May 3, 2010. Docket No. 34 was served on Plaintiff's address of record on April 20, 2010 and returned by the postal service on May 14, 2010. Docket No. 35 was served on Plaintiff's address of record on May 7, 2010 and returned by the postal service on May 18, 2010.

1

failure to keep the court apprised of his current address. *See* Local Rules 182(f) and 110.

DATED this 28th day of May, 2010.

   /s/ Barbara Jacobs Rothstein

Barbara Jacobs Rothstein
U.S. District Court Judge